IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02587-MEH

NOLMIN SEQUEIRA,

    Plaintiff,

v.

DAVID McCLAIN,
KIEL JOHNSON,
JEFFREY GROFF,
DAVID BUTCHER,
CMI, INC., and
ALAN C. TRIGGS,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2016.**

    In light of the Amended Motion to Dismiss for Failure to State a Claim filed January 5, 2016, by Defendant CMI, Inc. [*see* docket #24], CMI's First Motion to Dismiss Complaint [filed January 4, 2016; docket #21] is **denied as moot.**